REDACTED

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF INDIANA
FORT WAYNE DIVISION

-FILED-

JUL 26 2023

At _____ M
Chanda J. Berta, Clerk
U.S. DISTRICT COURT
NORTHERN DISTRICT OF INDIANA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | INDICTMENT |
| | ) | |
| v. | ) | Cause No. 1:23-CR-46 |
| | ) | Violations: |
| | ) | 18 U.S.C. § 922(a)(6), and |
| TRISTIN RALPH | ) | 18 U.S.C. § 1001(a)(2) |

**THE GRAND JURY CHARGES:**

<u>COUNTS 1 - 5</u>

Between on or about September 16, 2022, and continuing until on or about November 11, 2022, in the Northern District of Indiana,

TRISTIN RALPH,

defendant herein, in connection with the acquisition of a firearm, from a licensed dealer of firearms within the meaning of Chapter 44, Title 18, United States Code, knowingly made a false and fictitious statement to a licensed dealer of firearms, which statement was intended and likely to deceive the licensed firearms dealer, as to a fact material to the lawfulness of such sale of the firearm to the defendant under Chapter 44 of Title 18, in that the defendant represented that his current State of residence and address was, 5641 South State Road 3, Greensburg, Indiana, and that he was the actual transferee/buyer of the firearms, knowing that information to be false, in the following manner:

Count 1: On or about September 16, 2022, during the purchase of three Glock pistols, an HS Produkt Hellcat, and a Taurus G2C from Dunham's Sports;

Count 2: On or about November 11, 2022, during the purchase of two Glock pistols from Freedom Firearms, LLC;

Count 3: On or about November 11, 2022, during the purchase of seven Glock pistols from JDH Enterprises, LLC, dba Ed Hirschy's Discount Guns;

Count 4: On or about November 11, 2022, during the purchase of five Glock pistols from Wrigley Sales;

Count 5: On or about November 11, 2022, during the purchase of four Glock pistols and a HS Produkt, Hellcat from ZX Guns, Inc.;

All in violation of 18 U.S.C. § 922(a)(6).

**THE GRAND JURY FURTHER CHARGES:**

## COUNT 6

On or about December 7, 2022, in the Northern District of Indiana and elsewhere,

## TRISTIN RALPH,

defendant herein, did willfully and knowingly make a materially false, fictitious and fraudulent statement and representation, in any matter within the jurisdiction of the executive branch of the Government of the United States, that is, an official criminal investigation conducted by the Bureau of Alcohol, Tobacco, Firearms and Explosives;

All in violation of 18 U.S.C. § 1001(a)(2).

**THE GRAND JURY FURTHER CHARGES:**

## COUNT 7

On or about April 19, 2023, in the Northern District of Indiana and elsewhere,

**TRISTIN RALPH,**

defendant herein, did willfully and knowingly make a materially false, fictitious and fraudulent statement and representation, in any matter within the jurisdiction of the executive branch of the Government of the United States, that is, an official criminal investigation conducted by the Bureau of Alcohol, Tobacco, Firearms and Explosives;

All in violation of 18 U.S.C. § 1001(a)(2).

A TRUE BILL

/s/Foreperson
Foreperson


CLIFFORD D. JOHNSON
UNITED STATES ATTORNEY

By:  /s/ Stacey R. Speith
     Stacey R. Speith
     Assistant United States Attorney